UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RICKEY EVANS (#108026)**

**VERSUS**

**DAMON TURNER, ET AL.**

**CIVIL ACTION**

**NO. 19-594-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.46) dated September 16, 2021, to which no objection was filed,

**IT IS ORDERED** that the plaintiff's claims against defendants Sgt. Austin and Camp C ATeam Supervisors are dismissed, without prejudice, for failure of the plaintiff to serve the defendants as required by Federal Rule of Civil Procedure 4(m).

Signed in Baton Rouge, Louisiana, on October 19, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**