# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**RICKEY EVANS (#108026)**

**VERSUS**

**DAMON TURNER, ET AL.**

**CIVIL ACTION**

**19-594-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 27, 2021 (Doc. 53), to which no objection was filed;

**IT IS ORDERED** that this action is dismissed, with prejudice, for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.[1] The Court declines supplemental jurisdiction in connection with Plaintiff's potential state law claims.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on November 29, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] The plaintiff is advised that 28 U.S.C. § 1915(g) provides that, " In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."